**LAW OFFICES OF**

**FREDERICK K. BREWINGTON**

*ATTORNEYS AND COUNSELORS AT LAW*

**556 PENINSULA BOULEVARD**

**HEMPSTEAD, N. Y. 11550**

—

**TELEPHONE: (516) 489-6959**
**FACSIMILE: (516) 489-6958**

**FREDERICK K. BREWINGTON**
--------
**IRA FOGELGAREN**
--------
**GREGORY CALLISTE**
**VALERIE M. CARTRIGHT**
**G. WILLIAM GERMANO, JR.**
**MARJORIE MESIDOR**

May 19, 2011

**VIA ELECTRONIC CASE FILING**
Hon. Sandra J. Feuerstein, U.S.D.J.
United States District Court
Eastern District of New York
Central Islip, New York

     re:    <u>Kovarik v. County of Suffolk</u>
            Docket No.: 10-CV-1623

Dear Judge Feuerstein,

This office represents plaintiff in the above-referenced matter. We respectfully request that the Court So-Order the instant letter thereby permitting plaintiff to withdraw certain claims prior to trial, which is currently scheduled for June 14, 2011. Defense counsel reviewed this letter and consented to its filing.

Plaintiff requests that the following claims be withdrawn: (1) Count Three: 42 U.S.C. § 1983 - Municipal Liability; (2) Count Five: 42 U.S.C. § 1983 - Equal Protection; (3) Count Six: 42 U.S.C. § 1983 - Alternate Liability; (4) Count Ten: Defamation.

We thank the Court for its attention and consideration.

Respectfully submitted,

/s/

G. WILLIAM GERMANO, JR.

cc:    Arlene Zwilling, Esq.

*So Ordered.*

5/26/11

U.S.D.J.