# CIVIL CAUSE FOR TELEPHONE CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

**DATE:** June 14, 2011                    **TIME:** 30 minutes

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D N Y

★   JUN 14 2011   ★

LONG ISLAND OFFICE

**CASE NUMBER:**   2:10-cv-01623-SJF -ETB

**CASE TITLE:**   Kovarik v. County of Suffolk et al

**PLTFFS ATTY:**   **William Germano**
                   X  present _____   ___ not present _____

                   _____   ___ present   ___ not present

**DEFTS ATTY:**   **Arlene Zwilling**
                   X  present _____   ___ not present _____

                   _____   ___ present   ___ not present

                   _____   ___ present   ___ not present

**COURT REPORTER:** Maryanne Steiger   **COURTROOM DEPUTY:** BRYAN MORABITO

**OTHER:** _____

X   CASE CALLED.

___   ARGUMENT HEARD / CONT'D TO_____.

___   DECISION:   ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER:** Case is settled on the record. Case closed. _____